IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01390-WYD-KLM

ADAM D. STARR,

    Plaintiff,

v.

CITY OF LAKEWOOD,
MIKE ROCK,
RONALD BURNS,
JOHN CAMPER,
MARK DIETEL, and
DANIEL MCCASKY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant City of Lakewood's **Motion to Correct Certified Record** [Docket No. 46; Filed October 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly, Document Lakewood 2057-2059 [Docket No. 46-3], Document Lakewood 2060 [Docket No. 46-4], Document Lakewood 2061-2062 [Docket No. 46-5], Document Lakewood 2063 [Docket No. 46-6], Document Lakewood 2064-2067 [Docket No. 46-7], Document Lakewood 2068-2071 [Docket No. 46-8] and Document Lakewood 2072-2074 [Docket No. 46-9] are hereby designated part of the Certified Record previously filed in this case [Docket No. 42; Filed September 19, 2008] as of the date of this Order.

    Dated: October 30, 2008