IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01390-WYD-KLM

ADAM D. STARR,

    Plaintiff,

v.

CITY OF LAKEWOOD,
MIKE ROCK,
RONALD BURNS,
JOHN CAMPER,
MARK DIETEL, and
DANIEL MCCASKY,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant City of Lakewood's **Unopposed Motion Requesting an Order to Transfer the Certified Record to State Court** [Docket No. 59; Filed December 1, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to transfer the certified record of the administrative proceedings in the above captioned case to the Clerk of the Jefferson County District Court, Division 8.

    Dated: December 2, 2008