IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01390-WYD-KLM

ADAM D. STARR,

    Plaintiff,

v.

CITY OF LAKEWOOD;
MIKE ROCK;
RONALD BURNS;
JOHN CAMPER;
MARK DIETEL; and
DANIEL MCCASKY,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the filing of Plaintiff's First Amended Complaint (docket #65), the Motion to Dismiss from Defendant Mike Rock Pursuant to F.R.C.P. Rule 12(b)(6) (docket #13) and the Motion to Dismiss Civil Conspiracy and Exemplary Damages Claims Pursuant to F.R.C.P. Rule 12(b)(6) (docket #14) are **DISMISSED WITHOUT PREJUDICE**.

    Dated: December 18, 2008