IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01390-WYD-KLM

ADAM D. STARR,

     Plaintiff,

v.

CITY OF LAKEWOOD;
MIKE ROCK;
RONALD BURNS;
JOHN CAMPER;
MARK DIETEL; and
DANIEL MCCASKY,

     Defendants.

---

## ORDER OF DISMISSAL OF PARTIES

---

     THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss Plaintiff Starr's Claims Against Individual Defendants Ron Burns, John Camper, Mark Dietel, and Daniel McCasky, With Prejudice (docket #82), filed July 30, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and individual Defendants Ron Burns, John Camper, Mark Dietel, and Daniel McCasky should be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

     ORDERED that the Joint Stipulated Motion to Dismiss Plaintiff Starr's Claims Against Individual Defendants Ron Burns, John Camper, Mark Dietel, and Daniel McCasky, With Prejudice (docket #82) is **GRANTED**, and individual Defendants Ron

Burns, John Camper, Mark Dietel, and Daniel McCasky are **DISMISSED WITH PREJUDICE** from this action, each party to bear their own attorney's fees and costs.  It is

FURTHER ORDERED that the clerk of the court shall amend the case caption to reflect the dismissal of individual Defendants Ron Burns, John Camper, Mark Dietel, and Daniel McCasky from this matter.

Dated:  July 31, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge