IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01390-WYD-KLM

ADAM D. STARR,

     Plaintiff,

v.

CITY OF LAKEWOOD,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Joint Stipulated Motion to Dismiss Plaintiff Starr's Claims Against The City of Lakewood, With Prejudice (docket #85), filed August 3, 2009.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulated motion should be granted and Plaintiff's claims against the Defendant City of Lakewood should be dismissed with prejudice.  As these are the only remaining claims left in this action, the matter should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Joint Stipulated Motion to Dismiss Plaintiff Starr's Claims Against The City of Lakewood, With Prejudice (docket #85) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated:  August 4, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge